# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RAYMOND TOWNSHIP, KNOX COUNTY, NEBRASKA,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 02-1516L

(Filed: December 14, 2006)

**ORDER**

A status conference by telephone was held in the above-captioned case on December 13, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, February 28, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims