# In the United States Court of Federal Claims

| | | |
|---|---|---|
| RAYMOND TOWNSHIP, KNOX COUNTY, NEBRASKA, Plaintiff, | * | |
| v. | * | No. 02-1516L |
| THE UNITED STATES OF AMERICA, Defendant. | * | (Filed: September 6, 2007) |

## **ORDER**

A status conference by telephone was held in the above-captioned case on September 5, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, December 12, 2007, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims