# In the United States Court of Federal Claims

| | | |
|---|---|---|
| RAYMOND TOWNSHIP, KNOX COUNTY, NEBRASKA, | * | |
| Plaintiff, | * | |
| v. | * | No. 02-1516L |
| THE UNITED STATES OF AMERICA, | * | (Filed: November 21, 2007) |
| Defendant. | * | |

## **O R D E R**

The status conference set for December 12, 2007, is rescheduled to Wednesday, December 19, 2007, at 3:00 p.m. ET in the above-entitled case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims