# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| RAYMOND TOWNSHIP, KNOX COUNTY, NEBRASKA, * | |
| Plaintiff, * | |
| v. * | No. 02-1516L |
| THE UNITED STATES OF AMERICA, * | (Filed: December 19, 2007) |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A status conference by telephone was held in the above-captioned case on December 19, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, March 19, 2008, at 3:00 p.m. ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims